UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERMAINE HARRIS,<br><br>Defendant. | CRIMINAL NO.<br>CR99-0002--MWB<br><br>DEFENDANT'S OBJECTION TO PRELIMINARY ORDER REDUCING SENTENCE |

   Defendant, Jermaine Harris, through counsel, objects to the preliminary order filed on November 19, 2008 and states as follows:

   1. The United States Sentencing Commission amended the sentencing guidelines on November 1, 2007 to lower the penalties for most crack cocaine offenses.

   2. The amendment was made retroactive on November 13, 2007.

   3. Based on this authority the Honorable Mark Bennett issued an order without hearing on November 19, 2008 which reduced Mr. Harris's sentence from 292 months to 235 months.

   4. In order to effectuate the purpose of the amendments to the sentencing guidelines and to sentence Mr. Harris in a way which is consistent with the remedial majority and booker, this Court must resentence the Defendant to a term of imprisonment that is sufficient but not greater than necessary to satisfy the purposes set forth in §3553(a)(2).

   5. The unique circumstances of Mr. Harris's case warrants a greater sentence reduction than that which was given.

1

6. Mr. Harris is indigent (*See* Financial Affidavit filed herewith) and requires the appointment of an attorney to assist in the drafting of a brief in support of his request for a greater sentence reduction and for representation at a hearing.

7. A hearing is necessary to fully analyze all of the sentencing factors outlined in §3553 and to fully present Mr. Harris's request for a greater sentence reduction.

8. This court should grant Mr. Harris's request for the appointment of counsel and appointment Clemens Erdahl.

9. This court should grant Mr. Harris time to draft a brief in support of his argument for a greater sentence reduction.

10. This court should set this matter for hearing.

Defendant, Jermaine Harris, respectfully requests that the Court appoint an attorney to represent him, grant him additional time to submit a brief in support of a sentence reduction, and order a hearing to determine the reduction in sentence necessary to effectuate a constitutional sentence consistent with the revisions in the sentencing guidelines in addition to all other benefits and services appropriate under 18 U.S.C. §3624(d).

Respectfully submitted,

/s/ *Clemens A. Erdahl*
Clemens A. Erdahl
Nidey Peterson Erdahl & Tindal
425 2nd Street SE, Suite 1000
Cedar Rapids, IA 52401
Tele: 319-369-0000
Fax: 319-369-6972
cerdahl@npetlaw.com
ATTORNEY FOR DEFENDANT

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record of all of the parties, or upon pro se parties, to the above-entitled cause on the ___ day of ____, 2008 by:
U.S. Mail   ☐ Fax   ☐ Hand Delivered
☐ Overnight Courier   ☒ Other via CM-ECF

/s/ *Jackie Harris*

| CJA 23 Rev. 5/98 | **FINANCIAL AFFIDAVIT** IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE |
|---|---|

| IN UNITED STATES | ☐ MAGISTRATE | ☑ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF

| United States v.s. Harris | FOR | LOCATION NUMBER |
| | AT | |

PERSON REPRESENTED (Show your full name)
▶ Jermaine Harris

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☑ Other  3582

DOCKET NUMBERS
Magistrate
District Court ▶ 1:99-cr-2
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   ☑ Felony   ☐ Misdemeanor

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☑ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment _____  How much did you earn per month? $ _____

If married is your Spouse employed?  ☐ Yes  ☑ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☑ No
RECEIVED    SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☐ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No
VALUE    DESCRIPTION
IF YES, GIVE THE VALUE AND $ DESCRIBE IT

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
☑ SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED
Total No. of Dependents _____
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED) ▶ *Jermaine Harris*