# UNITED STATES DISTRICT COURT

USCA8, No. _____

## for the Northern District of Iowa

### NOTICE OF APPEAL

| | | |
|---|---|---|
| United States of America | ) | 1:99-cr-00002-MWB |
| | ) | |
| Plaintiff | ) | District Court Docket Number |
| | ) | |
| vs. | ) | Judge Mark W. Bennett |
| Jermaine Harris | ) | |
| | ) | District Court Judge |
| | ) | |
| Defendant. | ) | |

Notice is hereby given that ___Jermaine Harris_____ appeals to the Eighth

Circuit from the: ☐ Judgment & Commitment ☑ Order __Regarding Decision__ entered in this action on
(Specify)

January 5, 2009
_____.

| | |
|---|---|
| _____ | Clemens Erdahl |
| Signature of Defendant's Counsel | Typed Name of Defendant's Counsel |
| 427 2nd Street SE, Suite 1000 | (319) 369-0000 |
| Street Address          Room Number | Telephone Number |
| Cedar Rapid:  Iowa          52401 | 1-15-2009 |
| City        State          Zip | Date |

## TRANSCRIPT ORDER FORM
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

☐ Please prepare a transcript of:
- ☐ Pre-trial proceedings
- ☐ Testimony or
- ☐ Portions thereof
- ☐ Sentencing
- ☐ Post Trial Proceedings
- ☐ Other (Specify)

☑ I am not ordering a transcript because:
- ☐ Previously Filed
- ☑ Other (Specify) No transcript was made

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter (FRAP 10(b)).

Method of payment: ☐ Funds, ☑ CJA Form 24 completed and sent to court reporter.

Attorney's Signature _____ Date 1/15/09

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1.  Defendant's Address:  FCI Greenville  PO Box 5000  Greenville, IL 62246

2.  Date of Verdict: January 5, 2009                   ☐ Jury  ☑ Non-Jury

        Offenses:  Reduction of Sentence regarding Crack Cocaine Amendment

    Trial Testimony - Number of Days  0             Bail Status  Incarcerated No Bail
3.  Sentence and Date Imposed:  Sentence reduced to on 235 months on January 5, 2009

4.  Appealing:  Sentence ☑   Conviction ☐   Both ☐

    Challenging:  ☐ Application of Sentencing Guidelines
                    ☐ Constitutionality of Guidelines
                    ☑ Both Application and Constitutionality

5.  Date Trial Transcript ordered by Counsel or District Court:  N/A

    Stenographer in Charge:  N/A

    (Name, Address, Phone)  N/A

6.  Trial Counsel was:  ☐ Appointed  ☐ Retained  *Pro Se - Not Appointed*
                                                     *Counsel requests appointment*

    Does Defendant's financial status warrant appointment of counsel
    on appeal?  ☑ Yes        ☐ No

    Affiday of Financial Status filed:  Yes

    Is there any reason why trial counsel should not be appointed as
    counsel on appeal?  ☐ Yes  ☑ No

7.  Assistant U.S. Attorney Name & Phone Number:  Patrick J Reinert
                                             319 363 0091

# COURT REPORTER ACKNOWLEDGMENT

Date Order Received        Estimated Completion Date        Est Number of Pages

Court Reporter's Signature        Date

February 21, 2008